UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR INBANK, | ) ) ) | |
|           Plaintiff, | ) ) | Case No. 13-cv-1767 |
| v. | ) ) | Hon. Amy J. St. Eve |
| ELBERT ELMORE, VIRGINIA BROWNING, NORMAN REIHER and ROBERT ROMERO, | ) ) ) ) ) | |

### DEFENDANTS VIRGINIA BROWNING, NORMAN REIHER AND ROBERT ROMERO'S MOTION TO DISMISS

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendants Virginia Browning, Norman Reiher and Robert Romero hereby move to dismiss the Complaint in this matter on the following grounds, all of which are set forth more fully in the Joint Memorandum of Defendants Elbert Elmore, Virginia Browning, Norman Reiher, and Robert Romero in Support of Their Motions to Dismiss, filed today by counsel for Defendants Virginia Browning, Norman Reiher and Robert Romero.

      1.      The Complaint was filed March 7, 2013, over six months after September 4, 2012, the expiration date for the three-year statute of limitations set forth in 12 U.S.C. § 1821(d)(14).

      2.      Plaintiff's negligence claim (Count I) is barred by the Illinois business judgment rule.

- 2 -

    3.    Plaintiff's gross negligence claim (Count II) fails to state a claim under Rule 8 of the Federal Rules of Civil Procedure.

    4.    Plaintiff's breach of fiduciary duty claim (Count III) is duplicative of Count I.

WHEREFORE, Defendants Virginia Browning, Norman Reiher and Robert Romero respectfully ask the Court to dismiss Plaintiff's Complaint with prejudice.

May 24, 2013                      Respectfully submitted,

/s/ Michael S. Loeffler

Michael S. Loeffler
LOEFFLER THOMAS P.C.
500 Skokie Blvd., Suite 260
Northbrook, IL 60062
847-498-8400
847-498-1999-fax
michael.loeffler@ltt-legal.com