UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR INBANK, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 13-cv-1767 |
| v. | ) ) | Hon. Amy J. St. Eve |
| ELBERT ELMORE, VIRGINIA BROWNING, NORMAN REIHER and ROBERT ROMERO, | ) ) ) ) | |
| Defendants | ) ) | |

## NOTICE OF MOTION

TO:   ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on **Thursday, May 30, 2013 at 8:30 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Amy St. Eve, or whomever may be designated to sit in her stead, in **Court Room 1241** of the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois and then and there present **DEFENDANTS VIRGINIA BROWNING, NORMAN REIHER AND ROBERT ROMERO'S MOTION TO DISMISS**, a copy of which is attached and served upon you.

May 24, 2013                                             Respectfully submitted,

                                                         By:   /s/ Michael S. Loeffler
                                                         Michael S. Loeffler
                                                         LOEFFLER THOMAS P.C.
                                                         500 Skokie Blvd., Suite 260
                                                         Northbrook, IL 60062
                                                         847-498-8400

                                                         Counsel for Defendants Virginia
                                                         Browning, Norman Reiher, and Robert
                                                         Romero

CERTIFICATE OF SERVICE

I, Michael S. Loeffler, an attorney, hereby certify that on May 24, 2013, I electronically filed the foregoing Defendants Virginia Browning, Norman Reiher and Robert Romero's Motion to Dismiss using the CM/ECF system, which will send notifications of such filing to the following:

| | |
|---|---|
| John M. George, Jr. | jgeorge@kattentemple.com |
| Kathleen Ruby Pasulka | kpasulka-brown@pjjlaw.com<br>jtonkinson@fdic.gov<br>miboudreau@fdic.gov<br>ssweiss@pijjlaw.com |
| Stephen H. Pugh | spugh@pjjlaw.com |
| Rachel C. Steiner | rsteiner@pjjlaw.com<br>lnorwood@pjjlaw.com |
| Nancy Anne Temple | ntemple@kattentemplelaw.com |

By:  /s/ Michael S. Loeffler