UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR INBANK, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 13-cv-1767 |
| v. | ) ) | Hon. Amy J. St. Eve |
| ELBERT ELMORE, VIRGINIA BROWNING, NORMAN REIHER and ROBERT ROMERO, | ) ) ) | |
| Defendants | ) | |

## NOTICE OF MOTION

TO: ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on **Thursday, May 30, 2013, at 8:30 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable **Amy J. St. Eve**, or whomever may be designated to sit in her stead, in **Court Room 1241** of the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois and then and there present the **DEFENDANT ELBERT ELMORE'S MOTION TO DISMISS**, a copy of which is attached and served upon you.

May 24, 2013

                                                          Respectfully submitted,
                                                          KATTEN & TEMPLE LLP

                                                          By: /s/ John M. George, Jr.
                                                             One of His Attorneys

John M. George, Jr.
Nancy A. Temple
Katten & Temple, LLP
542 South Dearborn Street, 14th Floor
Chicago, IL 60605
312-663-0800
jgeorge@kattentemple.com
ntemple@kattentemple.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing document was served upon the following counsel of record on May 24, 2013, through the court's electronic filing system or via e-mail, as follows:

Kathleen Ruby Pasulka   kpasulka-brown@pjjlaw.com, jtonkinson@fdic.gov, miboudreau@fdic.gov, ssweiss@pjjlaw.com

Mark Victor Paulis   mark.paulis@ltt-legal.com

Michael S. Loeffler   michael.loeffler@ltt-legal.com

Rachel C. Steiner   rsteiner@pjjlaw.com, lnorwood@pjjlaw.com

Stephen H. Pugh   spugh@pjjlaw.com, bcarter@pjjlaw.com

Todd H. Thomas   todd.thomas@ltt-legal.com