UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR INBANK, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 13-cv-1767 |
| v. | ) ) | Hon. Amy J. St. Eve |
| ELBERT ELMORE, VIRGINIA BROWNING, NORMAN REIHER and ROBERT ROMERO, | ) ) ) ) | |
| Defendants | ) ) | |

**NOTICE OF FILING**

TO:   ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on **May 24, 2013**, we caused to be filed with the Clerk of the United States District Court of the Northern District of Illinois the **JOINT MEMORANDUM OF DEFENDANTS ELBERT ELMORE, VIRGINIA BROWNING, NORMAN REIHER AND ROBERT ROMERO IN SUPPORT OF THEIR MOTIONS TO DISMISS,** a copy of which is attached and served upon you.

May 24, 2013                                             Respectfully submitted,

                                                                    By:   /s/ Michael S. Loeffler
                                                                    Michael S. Loeffler
                                                                    LOEFFLER THOMAS P.C.
                                                                    500 Skokie Blvd., Suite 260
                                                                    Northbrook, IL 60062
                                                                    847-498-8400

                                                                    Counsel for Defendants Virginia
                                                                    Browning, Norman Reiher, and Robert
                                                                    Romero

## CERTIFICATE OF SERVICE

I, Michael S. Loeffler, an attorney, hereby certify that on May 24, 2013, I electronically filed the foregoing Joint Memorandum of Defendants Elber Elmore, Virginia Browning, Norman Reiher and Robert Romero in Support of Their Motions to Dismiss using the CM/ECF system, which will send notifications of such filing to the following:

| | |
|---|---|
| John M. George, Jr. | jgeorge@kattentemple.com |
| Kathleen Ruby Pasulka | kpasulka-brown@pjjlaw.com<br>jtonkinson@fdic.gov<br>miboudreau@fdic.gov<br>ssweiss@pijjlaw.com |
| Stephen H. Pugh | spugh@pjjlaw.com |
| Rachel C. Steiner | rsteiner@pjjlaw.com<br>lnorwood@pjjlaw.com |
| Nancy Anne Temple | ntemple@kattentemplelaw.com |

By: __/s/ Michael S. Loeffler_____