UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR INBANK,<br>     Plaintiff,<br><br>v.<br><br>ELBERT ELMORE, VIRGINIA BROWNING, NORMAN REIHER and ROBERT ROMERO,<br>     Defendants | Case No. 13-cv-1767<br><br>Hon. Amy J. St. Eve |

**DEFENDANT ELBERT ELMORE'S MOTION TO DISMISS**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Elbert Elmore hereby moves to dismiss the Complaint in this matter on the following grounds, all of which are set forth more fully in the Joint Memorandum of Defendants Elbert Elmore, Virginia Browning, Norman Reiher, and Robert Romero in Support of Their Motions to Dismiss, filed today by counsel for Defendants Browning, Reiher, and Romero on behalf of all Defendants.

1. The Complaint was filed March 7, 2013, over six months after the September 4, 2012, expiration date for the three-year extended statute of limitations set forth in 12 U.S.C. § 1821(d)(14).

2. Plaintiffs' negligence claim (Count I) is barred by the Illinois business judgment rule.

3. Plaintiffs' gross negligence claim (Count II) fails to state a claim under Rule 8 of the Federal Rules of Civil Procedure.

- 2 -

WHEREFORE, Defendant Elbert Elmore respectfully asks the Court to dismiss Plaintiff's Complaint with prejudice.

May 24, 2013                                   Respectfully submitted,


                                               /s/ John M. George

John M. George, Jr.
Nancy A. Temple
Katten & Temple LLP
542 S. Dearborn St., 14th Floor
Chicago, IL 60605
(312) 663-0800
jgeorge@kattentemple.com
ntemple@kattentemple.com