# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

FDIC–Receiver for InBank

                            Plaintiff,

v.                                                 Case No.: 1:13–cv–01767

                                                 Honorable Amy J. St. Eve

Elbert Elmore, et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 30, 2013:

      MINUTE entry before Honorable Amy J. St. Eve:Status hearing held on 5/30/2013 and continued to 10/29/13 at 8:30 a.m. Defendants' motions to dismiss [22][28] are entered. Response by 7/30/13. Reply by 8/20/13. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.